Certificate Number: 01267-TXS-DE-008221043

Bankruptcy Case Number: 09-35438 ~~United States Courts~~
~~Southern District of Texas~~
~~FILED~~

SEP 0 3 2009

Clerk of Court

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on September 2, 2009 , at 12:21 o'clock PM CDT ,

Christopher A Hoeller completed a course on personal financial

management given by internet and telephone by

Money Management International, Inc. ,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Southern District of Texas .


Date: September 2, 2009          By      /s/Shante Robinson-Powell

                                 Name    Shante Robinson-Powell

                                 Title   Counselor