**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Christopher Hoeller

**Debtor(s)**

Case No.: 09–35438

Chapter:   7

**ENTERED**
**10/27/2009**

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Joseph M Hill is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/27/09

LETITIA Z. PAUL
United States Bankruptcy Judge